1  Jon Michaelson (SBN 83815)
   jon.michaelson@klgates.com
2  Michael R. Haven (SBN 208721)
   mike.haven@klgates.com
3  **K&L GATES LLP**
   630 Hansen Way
4  Palo Alto, California  94304
   Telephone: 650.798.6700
5  Facsimile:  650.798.6701

6  Attorneys for Defendant
   AMAZON.COM, INC.
7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | ALEN BAGHDASARIAN, on Behalf of Himself and All Others Similarly Situated, | Case No. CV 05-8060 AG (CTx) |
|---|---|
| | **JUDGMENT ON ORDER GRANTING DEFENDANT AMAZON.COM, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| AMAZON.COM, INC., a Washington corporation; and DOES 1 through 100, inclusive, | Date:   November 30, 2009
Time:   10:00 a.m.
Judge:  Hon. Andrew J. Guilford
Ctrm.:  10D |
| Defendants. | |

**[PROPOSED] JUDGMENT ON ORDER GRANTING DEFENDANT AMAZON'S
MOTION FOR SUMMARY JUDGMENT; CASE NO. CV 05-8060 AG (Ctx)**

1  Defendant Amazon.com, Inc.'s ("Amazon") Motion for Summary Judgment
2 came on for hearing before the Court on November 30, 2009, the Honorable Andrew J.
3 Guilford, United States District Judge, presiding.  The evidence presented having been
4 fully considered, the issues having been duly heard, and a decision having been duly
5 rendered,

6  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Alen
7 Baghdasarian ("Plaintiff") shall take nothing against Amazon, and judgment shall be,
8 and the same hereby is, entered against Plaintiff and in favor of Amazon, and that the
9 action be dismissed on the merits.  Amazon shall recover its costs of suit, according to
10 statute.

12 Dated: December 17, 2009

_____
Andrew J. Guilford
United States District Judge